UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LUIS TORO, on behalf of himself and all
others similarly situated,

                22-CV-10613 (PAE) (VF)

              Plaintiff,                      **ORDER**

       -against-

FAMILY LEISURE OF INSIANAPOLIS, INC.,

              Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff Luis Toro, on behalf of himself and all others similarly situated, commenced this action on December 15, 2022, see ECF No. 1, and the summons as to Defendant Family Leisure of Indianapolis, Inc. was issued on December 16, 2022, see ECF No. 4. The deadline to effect service on Defendant has since passed, and to date, there has been no indication on the docket as to whether Defendant has been served. Accordingly, Plaintiff is directed to submit a letter by no later than **Wednesday, July 5, 2023** updating the Court as to the efforts that have been made to serve Defendant.

      **SO ORDERED.**

DATED:    New York, New York
               June 28, 2023

                                                           VALERIE FIGUEREDO
                                                           United States Magistrate Judge